

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00039-CR

RICHARD CHARLES FININEN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2015F00270

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Our review of the court reporter's record in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10 (a)(1). Volume five of the court reporter's record contains the appellant's social security number. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because volume five of the court reporter's record contains sensitive data, we order the clerk of this Court or her appointee, in accord with Rule 9.10(g), to seal volume five of the electronically filed court reporter's record in this case.

IT IS SO ORDERED.


BY THE COURT

Date:   October 4, 2016